IN THE UNITED STATES DITRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRISHA L. JORDAN,<br>on behalf of herself and<br>all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>NATIONWIDE INSURANCE<br>COMPANY OF AMERICA,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 1:12-cv-02387 JFM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER REGARDING SUBSTITUTION OF PARTY,
SERVICE OF PROCESS AND BRIEFING ON MOTION TO DISMISS**

Plaintiff Trisha L. Jordan, defendant Nationwide Insurance Company of America ("Nationwide"), and nonparty Titan Indemnity Company ("Titan") hereby stipulate and agree as follows:

1. Nationwide is dismissed from this action with prejudice.

2. Titan shall be substituted as a new party defendant in Nationwide's place, without the need for any new or further service of process; and all references to Nationwide that appear in Ms. Jordan's complaint shall henceforth be deemed to refer to Titan.

3. With regard to the pending motion to dismiss, the brief in support thereof, and related motion papers filed to date by Nationwide:

    a. Titan, rather than Nationwide, shall be deemed to have filed such motion papers; and

    b. Titan may rely on such motion papers as its own, without the need to file any new or revised motion to dismiss or related motion papers.

5259

Case 1:12-cv-02387-JFM   Document 12   Filed 12/14/12   Page 2 of 2

4. Counsel of record for Nationwide hereby enters its appearance as counsel of record for Titan.

| | |
|---|---|
| /s/ Steven Heisler | /s/ Paul M. Finamore |
| Steven Heisler | Paul M. Finamore |
| THE LAW OFFICES OF STEVEN HEISLER | NILES BARTON & WILMER, LLP |
| 1011 North Calvert Street | 111 S. Calvert Street, Suite 1400 |
| Baltimore, MD 21202 | Baltimore, MD 21202 |
| (410) 252-6713 | (410)783-6349 |
| | |
| Attorney for plaintiff Trish L. Jordan | Attorneys for defendants Nationwide Insurance Company of America and Titan Indemnity Company |

SO ORDERED this _____ day of _____, 201_.

_____
Hon. J. Frederick Motz, U.S.D.J.