IN THE UNITED STATES DITRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRISHA L. JORDAN,<br>on behalf of herself and<br>all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>TITAN INDEMNITY COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 1:12-cv-02387 JFM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Trisha L. Jordan and defendant Titan Indemnity Company hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), that this action (including without limitation all claims, defenses, counterclaims or other matters pled herein) is dismissed with prejudice, with each party to bear its own costs.

JOHN SHEEHAN SPADARO, LLC

/s/ John S. Spadaro
John S. Spadaro, No. 3155
724 Yorklyn Road, Suite 375
Hockessin, DE 19707

Attorney for plaintiff

August 26, 2013

NILES BARTON & WILMER, LLC

/s/ Paul M. Finamore
Paul M. Finamore, Esq., No.
Niles Barton & Wilmer, LLP
111 South Calvert Street, Suite 1400
Baltimore, MD 21202

Attorneys for defendant

5561